# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HON LAU, | NO. CV 11-1229 JSL (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| STATE OF CALIFORNIA, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: Feb. 23, 2011.

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE